### 41601. LANIER, Administrator, et al. v. FULLER, Administrator, et al.

PER CURIAM. Appellant filed notice of appeal on August 18, 1965, appealing from judgments of the trial court entered on December 2, 1964, and January 5, 1965. The notice of appeal having been filed more than seven months after final judgment rendered, the appeal must be dismissed. *Code Ann.* §§ 6-803, 6-804 (Ga. L. 1965, pp. 18, 21).

*Appeal dismissed. Bell, P. J., Frankum and Hall, JJ., concur.*

ARGUED NOVEMBER 4, 1965—DECIDED FEBRUARY 18, 1966—
REHEARING DENIED MARCH 3, 1966.

*J. Sidney Lanier,* for appellants.
*Roland Neeson,* for appellees.